IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    CASE NO. 1:08-cr-00004-MP-AK

JAQUANA ADELINE MCPHEE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 337, Motion to Modify Judgment by Jaquana Adeline McPhee. The motion is denied, and Ms. McPhee will be subject to the same conditions previously imposed.

**DONE AND ORDERED** this  *30th*  day of December, 2009

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge